**Motion granted and Abatement Order filed November 2, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00266-CV
_____

**LARRY JOHNS, Appellant**

**V.**

**CARL R. GRANTOM AND LEIGH ANN GRANTOM, Appellees**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2018-42908**

## ORDER

Before the court is appellant's motion to abate this appeal to require the trial court to file findings of fact and conclusions of law and supplement the clerk's record with them. Appellees filed a response acknowledging the trial court provided appellant's requested findings and conclusions on October 20, 2021. Even so, the trial court has not yet supplemented the clerk's record with them.

Accordingly, we grant appellant's motion. The Harris County District Clerk is directed to file a supplemental clerk's record within **20 days** of the date of this order, containing a copy of the findings of fact and conclusions of law provided by the trial court on October 20, 2021. The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.